UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KATHY NELSON, ) <br> ) <br> Defendant, ) | 2:10-cr-26-JCM-RJJ <br><br><br><br> O R D E R |

This matter is before the Court on Defendant Kathy Nelson's Motion to Terminate Attorney James Hartsell (#54).

The Court having reviewed the Motion (#54) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Kathy Nelson's Motion to Terminate Attorney James Hartsell (#54) is GRANTED

DATED this  18th  day of May, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge